```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Cipriani Group

      Plaintiff(s),

   -against-

Cipriani's Pasta + Sauce

      Defendant(s).

------------------------------------------------------------X

ORDER OF DISCONTINUANCE

14 Civ. 6917(LGS)(FM)

   It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

   ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:  New York, New York
      January 26, 2015

                  _____
                  FRANK MAAS
                  United States Magistrate Judge

_____      _____
Attorney(s) for Plaintiff         Attorney(s) for Defendant

Agreed and Consented to:       Agreed and Consented to:

_____      _____